# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD N. MESSENGER,** **SAMANTHA MESSENGER** | : : : | **CIVIL ACTION** |
| v. | : : : | NO. 23-2593 |
| **STATE FARM FIRE AND CASUALTY COMPANY** | : : | |

# ORDER

**AND NOW**, this 4th day of December 2023, upon considering the parties' attached letter requesting a Rule 41.1(b) order as the parties reached an agreement settling all issues, it is

**ORDERED**:

1. The action is **DISMISSED** pursuant to Local Rule 41.1(b); and,

2. The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**

## HARRINGTON & CALDWELL, P.C.
ATTORNEYS AND COUNSELORS AT LAW

ROGER J. HARRINGTON
SALLY J. CALDWELL*
BARBARA HARRINGTON HLADIK+

*Also Member of New Jersey Bar
+of Counsel

298 WISSAHICKON AVENUE
NORTH WALES, PA 19454

(215) 751-1135
FASCIMILE: (215) 751-1147
office@harringtoncaldwellpc.com

NEW JERSEY OFFICE:
1451 Chews Landing Road
Suite 206
Laurel Springs, NJ 08021
(609) 840-5000

December 4, 2023

The Honorable John F. Murphy
3809 U.S. Courthouse
601 Market Street, Courtroom 3-B
Philadelphia, PA 19106
VIA EMAIL: Murphy_Chambers@paed.uscourts.gov

RE: Messenger v. State Farm
U.S.D.C. for E.D. PA, Case No. 23-2593
Our File No: LY-6010

Dear Judge Murphy:

As you may recall, I represent the plaintiffs, Donald and Samamtha Messenger, in the above matter and Justin Kobeski, Esquire represents the defendant, State Farm, and as a follow up to my letter of December 1, 2023 to Your Honor.

I am in receipt of Your Honor's Order dated December 1, 2023 canceling the arbitration hearing scheduled for December 14, 2023 and ordering plaintiffs to file a status report "no later than December 15, 2023".

Please be advised that the parties reached an agreement on December 1, 2023 settling all issues.

Accordingly, I believe an Order pursuant to the provisions of Rule 41.1(b) would be appropriate at this time.

Thank you for Your Honor's attention to this matter and please advise if you have any questions.

Respectfully,

Roger J. Harrington

RJH/sn
cc. Justin Kobeski, Esquire
VIA EMAIL